[No. 30962-2-III.   Division Three.   August 27, 2013.]

CHERI ABEL JOHNSON, *Respondent*, v. FRAME, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 11-2-00065-5, David Frazier, J. Pro Tem., entered June 4, 2012. *Reversed* and *remanded* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 28932-0-III.   Division Three.   August 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ELODIO RIZO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-1-00233-6, C. James Lust, J., entered April 2, 2010. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 30093-5-III.   Division Three.   August 29, 2013.]

JAMES W. AASEBY ET AL., *Respondents*, v. WILLIAM VUE ET AL., *Defendants*, J. SCOTT MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-06739-8, Linda G. Tompkins, J., entered June 23, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 30645-3-III.   Division Three.   August 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL DAVID MATZ, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 11-1-00025-7, Allen Nielson, J., entered February 10, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.